IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-11965-HCM |
| CHRISTOPHER WILLIAM HOSKINS, | § | |
| Debtor | § | |
| | § | CHAPTER 7 |
| RIVER CITY AIR & ELECTRIC, INC., | § | |
| FRED W. HOSKINS, INDIVIDUALLY, | § | |
| and KEVIN HOSKINS, INDIVIDUALLY | § | |
| Plaintiffs | § | Adversary Proceeding No. 14-01016 |
| | § | |
| vs. | § | |
| | § | |
| CHRISTOPHER WILLIAM HOSKINS, | § | |
| Defendant | § | |

**DEFENDANT'S RESPONSE TO COMPLAINT
TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523
AND TO DENY DISCHARGE UNDER 11 U.S.C. §727**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes Christopher Hoskins, Defendant and Debtor herein, and files this Response to the Complaint to Determine Dischargeability of Debt Under 11 USC §523 and to Deny Discharge under 11 USC §727 (the "Complaint) and would show the following:

1. The allegations contained in Paragraph 1 of the Complaint are admitted.

2. The allegations contained in Paragraph 2 of the Complaint are admitted.

3. The allegations contained in Paragraph 3 of the Complaint are admitted.

4. The allegations contained in Paragraph 4 of the Complaint are admitted.

5. The allegations contained in sentences 1, 2 and 4 of paragraph 5 of the Complaint are admitted. The remaining allegations contained in Paragraph 5 are denied.

6. The allegations contained in sentences 2 and 3 of paragraph 6 of the Complaint are admitted. The remaining allegations contained in Paragraph 6 are denied.

7. The allegations contained in sentences 1 through 3 of paragraph 7 of the Complaint are admitted. The remaining allegations contained in Paragraph 7 are denied.

8. The allegations contained in sentence 1 of paragraph 8 of the Complaint are admitted. The remaining allegations contained in Paragraph 8 are denied.

9. The allegations contained in sentences 1, 3, and 4 of paragraph 9 of the Complaint are admitted. The remaining allegations contained in Paragraph 9 are denied.

10. The allegations contained in Paragraph 10 are denied.

11. The allegations contained in sentences 3, 4, 6, and 10 of paragraph 11 of the Complaint are admitted. The remaining allegations contained in Paragraph 11 are denied.

12. The allegations contained in sentences 2 and 4 of paragraph 12 of the Complaint are admitted. The remaining allegations contained in Paragraph 12 are denied.

13. The allegations contained in sentence 3 of paragraph 13 of the Complaint are admitted. The remaining allegations contained in Paragraph 13 are denied.

14. The allegations contained in Paragraph 14 are denied.

15. The allegations contained in Paragraph 15 are denied.

16. The allegations contained in Paragraph 16 are denied.

17. The allegations contained in Paragraph 17 are denied.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

20. The allegations contained in Paragraph 20 are denied.

21. The allegations contained in Paragraph 21 are denied.

Respectfully submitted,

LAW OFFICE OF MICHAEL BAUMER
7600 Burnet Road
Suite 530
Austin, TX 78757
512-476-8707
Fax 512-476-8604
Baumerlaw@baumerlaw.com

By:/s/Michael Baumer
   Michael Baumer -01931920
   Megan Baumer-01931915

## CERTIFICATE OF SERVICE

     I, the above signed, do hereby certify that a true and correct copy of the foregoing motion was served pursuant to Local Rule 9013(g) via first class U.S. mail (unless otherwise indicated below) to the following parties of interest:

Leland P McKeeman, Attorney at Law
901 S. MoPac, Bldg. 1, Ste. 300
Austin, Texas, 78746

Date: March 28, 2014